

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00761-CR

Jeffery John **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1680-CR-B
Honorable Gary L. Steel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2019.

_____
Beth Watkins, Justice